**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03506-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

ALPHEOUS E. GORDON, a.k.a. ORVILLE OWEN,

    Plaintiff,

v.

USP FLORENCE, ADMAX STAFF AND BOTH REGIONAL COUNSELS,
WARDEN D. BERKEBILE,
AW JOHN DOE,
A.W. JANE DOE,
CAPTAIN JOHN DOE,
SIA JOHN DOE,
SIS JOHN DOE,
UNIT MANAGER JOHN DOE,
CASE MANAGER K. FLUCK,
COUNSELOR W. HAYGOOD,
COUNSELOR JOHN DOE,
REGIONAL COUNSEL DAVIS, and
REGIONAL COUNSEL JOHN DOE,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

On December 27, 2013, Plaintiff submitted a Prisoner Complaint and a Motion. As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the documents are deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) __ is not submitted
(2) __ is missing affidavit
(3) _X_ copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4) __ trust fund account statement is missing certification by authorized prison official
(5) __ is missing required financial information
(6) _X_ is missing authorization to calculate and disburse filing fee payments
(7) __ is missing an original signature by the prisoner
(8) _X_ is not on proper form
(9) __ names in caption do not match names in caption of complaint, petition or habeas application
(10) __ other:

**Complaint, Petition or Application**:
(11) __ is not submitted
(12) _X_ is not on proper form
(13) __ is missing an original signature by the prisoner
(14) __ is missing page nos. __
(15) __ uses et al. instead of listing all parties in caption
(16) __ names in caption do not match names in text
(17) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Prisoner Complaint form and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (revised 10/1/12) (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice. It is

FURTHER ORDERED that the Motion, ECF No. 3, is denied as unnecessary.

DATED December 30, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge