**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03506-BNB

ALPHEOUS E. GORDON, a.k.a. ORVILLE OWEN,

    Plaintiff,

v.

USP FLORENCE, ADMAX STAFF AND BOTH REGIONAL COUNSELS,
WARDEN D. BERKEBILE,
AW JOHN DOE,
A.W. JANE DOE,
CAPTAIN JOHN DOE,
SIA JOHN DOE,
SIS JOHN DOE,
UNIT MANAGER JOHN DOE,
CASE MANAGER K. FLUCK,
COUNSELOR W. HAYGOOD,
COUNSELOR JOHN DOE,
REGIONAL COUNSEL DAVIS, and
REGIONAL COUNSEL JOHN DOE,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On January 23, 2014, Plaintiff filed three motions, two seeking to amend and one requesting appointment of counsel. ECF Nos. 9, 10, 11. The motions for the most part are incomprehensible. Nonetheless, any request to amend is unnecessary as the Court granted Plaintiff an extension of thirty days on January 18, 2014, to file his complaint on a proper form and either pay the $400 filing fee or submit a 28 U.S.C. § 1915 motion seeking leave to proceed *in forma pauperis*. Therefore, ECF Nos. 9 and 10 are denied as unnecessary. As for appointment of counsel, the request, ECF No. 11, is denied as premature. Plaintiff is reminded he has until February 18, 2014, to comply with the Court's December 30, 2013 Order. If Plaintiff fails to comply within the time allowed the Court will dismiss the action without further notice.

Dated: January 24, 2014