**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03506-BNB

ALPHEOUS E. GORDON, a.k.a. ORVILLE OWEN,

    Plaintiff,

v.

USP FLORENCE, ADMAX STAFF AND BOTH REGIONAL COUNSELS,
WARDEN D. BERKEBILE,
AW JOHN DOE,
A.W. JANE DOE,
CAPTAIN JOHN DOE,
SIA JOHN DOE,
SIS JOHN DOE,
UNIT MANAGER JOHN DOE,
CASE MANAGER K. FLUCK,
COUNSELOR W. HAYGOOD,
COUNSELOR JOHN DOE,
REGIONAL COUNSEL DAVIS, and
REGIONAL COUNSEL JOHN DOE,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On February 24, 2014, Plaintiff filed a Motion requesting reconsideration of previous motions, ECF No. 20. The Motion is convoluted and difficult to comprehend. However, the Court finds Plaintiff is renewing his request for counsel and an extension of time. Plaintiff also asserts, in a conclusory and vague manner, that prison staff refuses to send out his legal mail. Also, Plaintiff, to the extent he claims prison staff is interfering with his legal filings, does not have a constitutional right to photocopies.

    Plaintiff's request for an extension of time is granted. He shall have thirty days from the date of this Minute Order to cure the deficiencies noted in the Court's December 30, 2013 Order. Plaintiff's request for appointment of counsel is denied. Curing the deficiencies is not so complex that Plaintiff requires representation. Plaintiff is granted an additional thirty days to comply with the December 30 Order. No further extensions will be granted without just cause.

    **The Clerk of the Court is directed to send this Minute Order to Plaintiff using both names identified by Plaintiff, Orville Owen and Alpheous E. Gordon, in the address.** The Clerk of the Court is directed to **always use the alias** when mailing Court correspondence to Plaintiff.

Dated:  February 26, 2014