IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03506-LTB

ALPHEOUS L. GORDON, a.k.a. ORVILLE OWEN,

    Plaintiff,

v.

USP FLORENCE, ADX MAX,
REGIONAL COUNSELS STAFF,
WARDEN D. BERKEBILE,
AW JOHNSON,
AW MS. HALL,
COMPLEX CAPTAIN W. PLILER,
S.I.A. RUTH KRIST,
S.I.S. MARTY BIER,
UNIT MANAGER D. SPROUL,
T. GOMEZ,
CASE MANAGER K. FLUCK,
COUNSELOR W. HAYGOOD,
COUNSELOR S. HANSEN,
REGIONAL COUNSEL DAVIS, and
PAUL LAIRD,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 25, 2014, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 25th day of April, 2014.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/K Lyons
                     Deputy Clerk